United States Bankruptcy Court for the:
DISTRICT OF HAWAII

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ATH Sports Nutrition LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1079516** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2827 Kalawao Street** <br> **Honolulu, HI 96822** <br> Number, Street, City, State & ZIP Code <br><br> **Honolulu** <br> County <br><br> **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://athsport.co** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | ATH Sports Nutrition LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4461__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | ATH Sports Nutrition LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **ATH Sports Nutrition LLC**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　☐ More than $50 billion

| Debtor | ATH Sports Nutrition LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 15, 2023**
MM / DD / YYYY

X **/s/ Stuart Kanaloa Kam**                              **Stuart Kanaloa Kam**
Signature of authorized representative of debtor          Printed name

Title  **Member**

**18. Signature of attorney**

X **/s/ Allison A. Ito**                                  Date **May 15, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Allison A. Ito**
Printed name

**Choi & Ito**
Firm name

**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
Number, Street, City, State & ZIP Code

Contact phone  **808-533-1877**    Email address  **aito@hibklaw.com**

**8152 HI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ATH Sports Nutrition LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 15, 2023**    X **/s/ Stuart Kanaloa Kam**
Signature of individual signing on behalf of debtor

**Stuart Kanaloa Kam**
Printed name

**Member**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lief Organics, LLC dba Lief Labs 28903 Avenue Paine Valencia, CA 91355-4169 | Rachel Villalobos rachel@lieforganics.com | | Disputed | | | $347,169.63 |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | 1-800-528-4800 | | | | | $171,757.94 |
| Kamehameha Schools c/o Colliers Int Real Estate Mgmt Svcs P.O. Box 30070 Honolulu, HI 96820-0070 | Kathy Shiratori kathy.shiratori@colliers.com | | | | | $40,000.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | 1-877-383-4802 | | | | | $39,991.56 |
| Canyon Plastics LLC 28455 Livingston Ave Valencia, CA 91355-4173 | Marie Green marie@canyonplastics.com | | | | | $18,089.20 |
| Bank of America P.O. Box 660441 Dallas, TX 75266-0441 | 1-800-432-1000 | | | | | $12,165.21 |
| Rakuten, USA Inc. 800 Concar Dr Ste 300 San Mateo, CA 94402 | Akemi Fujita ts-akemi.fujita@rakuten.com | | | | | $9,534.82 |

| Debtor | ATH Sports Nutrition LLC | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hunan NutraMax USA Inc**<br>2101 Otterbein Ave<br>Rowland Heights, CA 91748 | windy@nutra-max.com<br>8613548666101 | **Goods provided** | | | | $8,505.00 |
| **Flexport International LLC**<br>760 Market Street<br>8th Floor<br>San Francisco, CA 94102-2300 | remittance@flexport.com | | | | | $8,278.07 |
| **Fortis Solutions Group**<br>13003 Los Nietos Road<br>Santa Fe Springs, CA 90670 | Pat Mulcahey<br>patm@digital-dogma.com | | | | | $5,510.69 |
| **Central Pacific Bank Visa**<br>**Elan Financial Services**<br>P.O. Box 6353<br>Fargo, ND 58125-6353 | 1-808-544-0500 | | | | | $5,224.54 |
| **Paypal Credit**<br>**Synchrony Bank**<br>P.O. Box 965003<br>Orlando, FL 32896-5003 | | | | | | $3,045.75 |
| **Kaiser Permanente HI**<br>**GB Collects, LLC**<br>1253 Haddonfiel Berlin Rd<br>Voorhees, NJ 08043-4847 | antonio.j.ayala@kp.org | | | | | $1,600.00 |
| **Internal Revenue Service**<br>P.O. BOX 7346<br>Philadelphia, PA 19101-0734 | | | | | | Unknown |
| **State of Hawaii Department of Taxation**<br>Attn: Bankruptcy Unit<br>P.O. Box 259<br>Honolulu, HI 96813 | | | | | | Unknown |

**United States Bankruptcy Court**
**District of Hawaii**

In re   **ATH Sports Nutrition LLC**                                    Case No.
                                    Debtor(s)                           Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 15, 2023**                    **/s/ Stuart Kanaloa Kam**
                                            **Stuart Kanaloa Kam**/**Member**
                                            Signer/Title

Amazon Capital Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210

American Express
P.O. Box 981540
El Paso, TX 79998-1540

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Bank of America
P.O. Box 660441
Dallas, TX 75266-0441

Belmark
600 Heritage Road
P.O. Box 5310
De Pere, WI 54115-5310

BSCG LLC
11301 W Olympic Blvd Suite 685
Los Angeles, CA 90064-1655

Canyon Plastics LLC
28455 Livingston Ave
Valencia, CA 91355-4173

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Central Pacific Bank
P.O. Box 3590
Honolulu, HI 96811-3590

Central Pacific Bank
505 Ward Ave
Honolulu, HI 96813

Central Pacific Bank Visa
Elan Financial Services
P.O. Box 6353
Fargo, ND 58125-6353

Colliers Int. Real Estate Mgmt Svcs HI
220 S. King Street Suite 1800
Honolulu, HI 96813

Color Maker
1300 North Hancock Street
Anaheim, CA 92807-1928

Compound Solutions
1930 Palomar Point Way, Suite 105
Carlsbad, CA 92008-5579

Desiccare
3930 W. Windmill Lane Suite 100
Las Vegas, NV 89139-5804

Evanston Insurance Company
10275 West Higgins Road, Suite 750
Rosemont, IL 60018

Flexport International LLC
760 Market Street 8th Floor
San Francisco, CA 94102-2300

Fonterra
8700 West Bryn Mawr Avenue Suite 500N
Chicago, IL 60631-1351

Foodarom
227 W. Monroe Suite 5100
Chicago, IL 60606-4500

Fortis Solutions Group
13003 Los Nietos Road
Santa Fe Springs, CA 90670

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Hawaii Department of Taxation
830 Puncbowl Street
Honolulu, HI 96813

Hawaii State Federal Credit Union
560 Halekauwila St
Honolulu, HI 96813

Hawaiian Telcom
1177 Bishop St
Honolulu, HI 96813-2808

Hunan NutraMax USA Inc
2101 Otterbein Ave
Rowland Heights, CA 91748

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-0734

JJMansfield
221 E. Indianola Ave Ste 15
Phoenix, AZ 85012

Kaiser Permanente
P.O. Box 29080
Honolulu, HI 96820-1480

Kaiser Permanente HI
GB Collects, LLC
1253 Haddonfiel Berlin Rd
Voorhees, NJ 08043-4847

Kamehameha Schools
c/o Colliers Int Real Estate Mgmt Svcs
P.O. Box 30070
Honolulu, HI 96820-0070

Klaviyo
125 Summer Street Floor 7
Boston, MA 02111

Labels on Demand
2452 W Birchwood Cir Ste 114
Mesa, AZ 85202-1067

Lief Organics, LLC dba Lief Labs
28903 Avenue Paine
Valencia, CA 91355-4169

MeasureX Airlite Plastics
2860 Bath Pike
Nazareth, PA 18064-8898

Mercury
Choice Financial Group
4501 23rd Avenue S
Fargo, ND 58104

Meta Platforms, Inc.
1601 Willow Road
Menlo Park, CA 94025-1452

Metarom
1725 Gillespie Way Suite 101
El Cajon, CA 92020-1044

Monarch Insurance Services, Inc.
P.O. Box 3050
Honolulu, HI 96802

NutraFood
4683 50th Street ES
Grand Rapids, MI 49512-5403

Nutrient Innovations
285 W. 6th Street Unit 106
San Pedro, CA 90731-3359

Packaging Utah
1580 W 1200 N Unit 9
Orem, UT 84057-2444

Paypal
2211 N 1st Street
San Jose, CA 95131

Paypal Credit
Synchrony Bank
P.O. Box 965003
Orlando, FL 32896-5003

Postscript
2413 California St
San Francisco, CA 94115

PushOwl 1stFl,463,ShriKrishnaTempleRd
IndiraNagar1stStage,Stage1,Indrianagar
Bengaluru, Karnaraka 560038 India

Rakuten, USA Inc.
800 Concar Dr Ste 300
San Mateo, CA 94402

Recharge Subscriptions
1507 20th St
Santa Monica, CA 90404

Recharge Subscriptions
301A 3030 Nebraska Ave
Santa Monica, CA 90404

RT Specialty
2601 Main Street
Irvine, CA 92614

Salazar Packaging
434 Treasure Drive
Oswego, IL 60543

Salt Works
16240 Wood Red Rd NE
Woodinville, WA 98072

Scottsdale Insurance Company
One Nationwide Plaza
Columbus, OH 43215

ShipNetwork
880 Wigwam Parkway Suite 120
Henderson, NV 89014

ShipStation
4301 Bull Creek Rd
Austin, TX 78731

Shopify Capital
103 Foulk Rd #218f
Wilmington, DE 19803-3742

Shopify Inc.
151 O'Connor St Ground Fl
Ottawa ON K292L8 Canada

Sinochem
FST21,JinchengTwr,2016LongpanMiddleRd
Qinhuai District, Nanjing, CN

State of Hawaii Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96813

Stripe
354 Oyster Point Blvd South
South San Francisco, CA 94080

Susan Tius, Esq.
745 Fort Street, Suite 800
Honolulu, HI 96813

Travelers Personal Insurance
P.O. Box 660307
Dallas, TX 75266-0307

Ttees of Estate of Bernice Pauahi Bishop
Attn: Commercial Asset Manager
Suite 200, Kawaiaha'o Plaza 567 SKing St
Honolulu, HI 96813

U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935-4910

Univar Solutions
62190 Collections Center Drive
Chicago, IL 60693-0621

Vitalabs Inc
1451 Hwy 20 West
McDonough, GA 30253-7306

West Oahu Aggregate
855 Umi Street
Honolulu, HI 96819-2346

# United States Bankruptcy Court
## District of Hawaii

In re **ATH Sports Nutrition LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ATH Sports Nutrition LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 15, 2023**
Date

/s/ Allison A. Ito
**Allison A. Ito**
Signature of Attorney or Litigant
Counsel for **ATH Sports Nutrition LLC**
**Choi & Ito**
**700 Bishop Street, Suite 1107**
**Honolulu, HI 96813**
**808-533-1877 Fax:808-566-6900**
**aito@hibklaw.com**