

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| In re: | Case No. 23-00362 |
|---|---|
| ATH SPORTS NUTRITION, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | Related ECF Nos.: 105, 125, 126 |

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE

Kevin Lam was appointed as the Subchapter V trustee in this case on May 16, 2023.[1] On September 25, 2023, the court entered an order confirming the Small Business Debtor's Plan of Reorganization under 11 U.S.C. § 1191(a).[2] On March 26, 2024, the reorganized debtor filed a notice that the plan has been substantially consummated.[3] And on March 28,

---

[1] ECF No. 21.
[2] ECF No. 105.
[3] ECF No. 125.

2024, Mr. Lam filed a report stating that no plan payments were made to the trustee and that his administration of the case has been completed.[4]

If a plan is confirmed under § 1191(a) of the Bankruptcy Code, the service of a Subchapter V trustee shall terminate when the plan has been substantially consummated.[5] For good cause therefor, Mr. Lam is discharged from any further duties as trustee in this case.

## END OF ORDER

---

[4] ECF No. 126.
[5] 11 U.S.C. § 1183(c)(1).